STATE OF CONNECTICUT *v.* GEORGE R. LARKO, JR.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Phillip N. Armentano,* public defender, in support of the petition.

Submitted May 26—decided June 3, 1971

RUTH STONER v. MELVIN STONER

This court having considered the defendant's "Motion To Review Order Terminating Stay Of Execution" in the appeal from the Superior Court in Hartford County, it is hereby ordered that a finding be made in accordance with Practice Book § 694, as amended.

*Paul W. Orth,* in support of the motion.

*John Crosskey,* in opposition.

Submitted June 1—decided June 3, 1971

BOARD OF EDUCATION OF THE TOWN OF STRATFORD ET AL. *v.* ARTHUR C. DRITENBAS, JR., ET AL.

The motion by the plaintiffs for an extension of time to file their brief in the appeal from the Superior Court in Fairfield County is granted and the time for filing is extended to June 30, 1971.

*Sturges N. Laros,* in support of the motion.